**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

F I L E D

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 9 2006

GREGORY C. LANGHAM
CLERK

In re:

ROBERT A. LITTLE, JR.,

Petitioner.

No. 06-1245

(D.C. No. 05-CV-00532-MSK-CBS)

ORDER

Filed June 28, 2006

Before **BRISCOE**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

Petitioner requests that we issue a writ of mandamus to compel the United

States District Court for the District of Colorado to decide the habeas petition in

case No. 05-532 that he filed on March 22, 2005, pursuant to 28 U.S.C. § 2241.

The case became "at issue" on July 18, 2005. On July 26, 2005, the United States

Magistrate Judge to whom the petition was referred, issued a report and

recommendation to dismiss the petition with prejudice. Petitioner filed an

objection to the recommendation, however, as of today's date, the district court

has not ruled on the magistrate's recommendation.

"[T]he remedy of mandamus is a drastic one, to be invoked only in

extraordinary situations." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 34

(1980). "For mandamus to issue, there must be a clear right to the relief sought,

a plainly defined and peremptory duty on the part of respondent to do the action in question, and no other adequate remedy available." *Johnson v. Rogers,* 917 F.2d 1283, 1285 (10th Cir. 1990).

In *Johnson,* we held that a fourteen-month delay in deciding a prisoner's habeas petition for no reason other than docket congestion was impermissible. *Id.* at 1285. In this case, petitioner's habeas petition has been pending for nearly twelve months from the date it became "at issue," with no apparent explanation. Accordingly, we direct respondent Ron Wiley, and invite the district court, if it desires, to file a response to the mandamus petition within twenty days of the entry of this order. We also grant petitioner's motion for leave to proceed in forma pauperis.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By:
Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk


June 28, 2006


NOTIFICATION OF MAILING


Re:      06-1245, In re: Little
         Dist/Ag docket:  05-CV-00532 MSK-CBS


A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:


Robert A. Little, Jr.
United States Penitentiary
#05674-081
3901 Klein Blvd
Lompoc, CA 93436


Mr. William J. Leone
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202


Honorable Marcia S. Krieger
District Judge
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th St.
Denver, CO 80294-3589


Mr. Gregory C. Langham, Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589


DEPUTY CLERK