**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

July 12, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2006

GREGORY C. LANGHAM
CLERK

Robert A. Little, Jr.
United States Penitentiary
#05674-081
3901 Klein Blvd
Lompoc, CA 93436

Mr. William J. Leone
Mr. John M. Hutchins
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

    Re:    06-1245, In re: Little
           Dist/Ag docket:  05-cv-00532-MSK-CBS

Dear Petitioner and Counsel:

    Enclosed is a copy of the court's final order.

    Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: [signature]
Deputy Clerk

clk:sts

cc:
    Honorable Marcia S. Krieger, District Judge
    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

In re:

ROBERT A. LITTLE, JR.,

    Petitioner.

No. 06-1245
(D.C. No. 05-CV-00532-MSK-CBS)

ORDER

Filed July 12, 2006

A true copy
Teste-
Elisabeth A. Shumaker
Clerk, U.S. Court of
Appeals, Tenth Circuit
By
Deputy Clerk

Before **BRISCOE**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

Petitioner has filed a petition for a writ of mandamus to compel the United States District Court for the District of Colorado to decide the habeas petition he filed in case No. 05-532. On July 6, 2006, respondent Ron Wiley filed a response and informed this court that on June 30, 2006, the district court entered an order that overruled petitioner's objections and adopted the magistrate judge's recommendation to deny and dismiss the petition with prejudice.

As a result, there are no grounds for mandamus relief and the petition for a writ of mandamus is DENIED.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By:
Deputy Clerk